1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant VICTOR BRUNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 99-40086 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | **ORDER** CONTINUING SUPERVISED |
| | ) | RELEASE VIOLATION |
| | ) | STATUS/HEARING DATE |
| VICTOR BRUNSON, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised release violation status/hearing date, currently set for Friday, March 26, 2010 before Honorable D. Lowell Jensen, may be continued to Friday, April 2, 2010, at 11:00 a.m. for status or disposition. The reason for the request is that Mr. Brunson is set to appear in court this Friday and has to travel from Texas to make the court appearance. Defense counsel is unavailable from Tuesday, March 23 through Thursday, March 25 and would like an additional week to ensure that there is adequate time to consult with the probation officer and prosecutor and to try and reach an agreement prior to the court appearance. Counsel has left a message for United States Probation Officer Mark Unalp

*United States v. Brunson* CR 99-40086 DLJ;
Stip to Continue S.R. date                                  - 1 -

1  regarding the continuance but has not heard back from him.

3  DATED: 3/22/10                              /s/
                                               JOYCE LEAVITT
4                                              Assistant Federal Public Defender

6  DATED: 3/22/10                              /s/
                                               DEBORAH DOUGLAS
7                                              Assistant United States Attorney

   I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release violation status/hearing date, currently set for Friday, March 26, 2010 at 11:00 a.m. before Honorable D. Lowell Jensen, is continued to Friday, April 2, 2010, at 11:00 a.m. for status or disposition.

SO ORDERED.

DATED: March 25, 2010                          _____
                                               HONORABLE D. LOWELL JENSEN
                                               United States District Judge

*United States v. Brunson* CR 99-40086 DLJ;
Stip to Continue S.R. date                     - 2 -